**Paul Edward ARCHIE, et al., Plaintiffs,**

**Paul Edward Archie, Plaintiff-Appellant,**

**v.**

**David A. CHRISTIAN, et al., Defendants-Appellees.**

**No. 84–2175.**

United States Court of Appeals, Fifth Circuit.

May 5, 1986.

Paul E. Archie, pro se.

Jim Mattox, Atty. Gen., M. Lawrence Wells, Asst. Atty. Gen., Austin, Tex., for defendants-appellees.

**1148**

## ON SUGGESTION FOR REHEARING EN BANC

(Opinion August 19, 1985, 5 Cir., 1985, 768 F.2d 726)

Before CLARK, Chief Judge, GEE, RUBIN, REAVLEY, POLITZ, RANDALL, JOHNSON, WILLIAMS, GARWOOD, JOLLY, HIGGINBOTHAM, DAVIS, HILL, and JONES, Circuit Judges.

BY THE COURT:

A member of the Court in active service having requested a poll on the suggestion for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc without oral argument. The Clerk will specify a briefing schedule for the filing of supplemental briefs.